RECEIVED
BY MAIL

NOV 02 2020

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

in
# 'Federal Court'
at
District Court of the United States
for  District of Minnesota

| | |
|---|---|
| i: a Sentiment Man – Petro Siruk<br>*claimant(s), prosecutor(s)*<br>_____<br><br>Paul Kendall – man,<br>Erick McAllister – man,<br>Todd Frisinger – man,<br>Assurance Partners a.k.a. Trust Capital,<br>North Mill Equipment Finance a.k.a ESF Credit,<br>Quality Truck Care Center.<br>*Wrongdoer(s)* | **nature of case: claim**<br><br>**claim: trespass**<br><br>**(verified)**<br><br>*20cv 2270 JRT/ECW* |

---

## I, require: a 'court of record'; 'trial by jury';

---

### claim: trespass [wrongdoing]

i, a man claim:

- the said wrongdoers(s) trespass upon my property;
- the causal agent of the trespass, comes by way of its use of sharing private property in form of private personal information without prior obtaining consent, and or approval, misrepresentation, breach of verbal agreements, threats; duress, coercion, obtaining property the wrong-way;
- the trespass did and does harm and injury to my property;
- the commencement of the wrong and harm began sometimes December year of 2015, first time became known on May 2, 2016 which placed Sentiment Man under influence of threat, in which lead to discover more evidence which was not unknown until recently, which continues to cause harm;
- the wrong and harm continues to this day, October 28, 2020;
- i, require compensation for the initial and continual trespass upon my property;
- compensation due: decided by jury damages to award;
- damages are more then $75,000.00, final amount decided by jury.


i, say, and will verify in open court, that all herein be true


Date: October 28, 2020          /s/ NA V.I. Sentiment Man - Petro Siruk, All Rights Reserved

SCANNED
NOV 02 2020
U.S. DISTRICT COURT ST. PAUL

in
# 'Federal Court'
at
District Court of the United States
for  District of Minnesota

| | | |
|---|---|---|
| i: a Sentiment Man – Petro Siruk<br>*claimant(s), prosecutor(s)*<br>―――――――――――――― | )<br>)<br>)<br>) | **(verified)** |
| Paul Kendall – man,<br>Erick McAllister – man,<br>Todd Frisinger – man,<br>Assurance Partners a.k.a. Trust Capital,<br>North Mill Equipment Finance a.k.a ESF Credit,<br>Quality Truck Care Center.<br>*Wrongdoer(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | RECEIVED<br>BY MAIL<br><br>NOV 02 2020<br><br>CLERK, U.S. DISTRICT COURT<br>ST. PAUL, MN |

## notice: jurisdiction

the *Siruk Court* presents notice:

**First:**  I, lay "my case", [suit; accouterments; &cs...] *into* 'Federal Court';

**Secondly:**  **'Federal Court', is a 'court of record'**
> *"A party paying money into Court, admits the jurisdiction of such Court, and can not plead in abatement to it."* ~ J. Chitty pg. 444 (1851

**Thirdly:**  **'Federal Court', is a 'court of record';**
> *25 C.J. Vol., Federal Court § 344, pg. 9741*

**Fourthly:**  **In a 'court of record', the magistrate is independent of the tribunal;**
> *Blacks Law Dictionary, 4th Ed. pg. 10141*

**Fifthly:**  **A 'court of record': acts in accordance with common law;**
> *Blacks Law Dictionary, 4th Ed. pg. 10141*

**Sixthly:**  Suits in common law, the right of trial by jury shall be preserved;
> Seventh Amendment

**Seventhly:**  The jury can take upon themselves and determine at their own hazard, the questions of fact and law; *[cf* Littleton § 386; Bl. Comm. § 378];

**Eighthly:**  i, say here, and will verify in open court, that all herein be true

Date: October 28, 2020          /s/ NA V.I. Sentiment Man - Petro Siruk, All Rights Reserved

in
# 'Federal Court'
at
District Court of the United States
for  District of Minnesota

i: a Sentiment Man – Petro Siruk )
*claimant(s), prosecutor(s)* )
_____ )
 )
Paul Kendall – man, )
Erick McAllister – man, )
Todd Frisinger – man, )
Assurance Partners a.k.a. Trust Capital, )
North Mill Equipment Finance a.k.a ESF Credit, )
Quality Truck Care Center. )
*Wrongdoer(s)* )

**(verified)**

RECEIVED
BY MAIL

NOV 02 2020

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

## notice: venue

the *Siruk Court* presents notice:

**Firstly:** i, a man  enter **'my case'**, [suit; accoutrements; &cs ... ] *into* **'Federal Court'**;

**Secondly:** **'Federal Court'** is to convene *at*, a *public* **courthouse** (venue);

**Thirdly:** The public courthouse, in where 'my case' lies, is known *as a federal district court;*

**Fourthly:** The *federal district court* is *at* a location also referred to as:
• U.S. COURTHOUSE, SUITE 202
 300 SOUTH FOURTH STREET, MINNEAPOLIS, MN 55415
• THE UNITED STATES DISTRICT COURT FOR DISTRICT OF MINNESOTA'
• 'The district court of the united States';

**Fifthly:** The Name of the *public* **courthouse** varies but, at all times 'our case' lies **'in Federal Court'**;

**Sixthly:** i, say here, and will verify in open court, that all herein be true;

Date: October 28, 2020                /s/ NA V.I. Sentiment Man -Petro Siruk, All Rights Reserved

in

# 'Federal Court'

at

District Court of the United States

for  District of Minnesota

i: a Sentiment Man – Petro Siruk )
*claimant(s), prosecutor(s)* )
_____ )
)
Paul Kendall – man, )
Erick McAllister – man, )
Todd Frisinger – man, )
Assurance Partners a.k.a. Trust Capital, )
North Mill Equipment Finance a.k.a ESF Credit, )
Quality Truck Care Center. )
*Wrongdoer(s)* )

**(verified)**

RECEIVED
BY MAIL

NOV 02 2020

CLERK, U.S. DISTRICT COURT,
ST. PAUL, MN

## notice: Verifications

the *Siruk Court* presents notice:

**Firstly:**   i, a man, declare and require: all documents (including recom'endations and orders) being placed into the 'case', are to be verified in open court, under oath or affirmation, all documents submitted without verification Court will take notice as a contempt of court and will be VOID;

**Secondly:**   i, say here, and will verify in open court, that all herein be true

Date: October 28, 2020    /s/ NA V.I. Sentiment Man - Petro Siruk, All Rights Reserved